# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Forest Laboratories, Inc., et al.

                        Plaintiff,

v.                                    Case No.: 1:12–cv–01855

                                    Honorable Elaine E. Bucklo

Indchemie Health Specialties PVT. LTD., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 6, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Motion hearing held. Application to appear pro hac vice by Todd Lawrence Krause [14] is granted. Motion to suspend the local patent rules and coordinate discovery with a co−pending resolution of motion for MDL transfer [15] is denied for the reasons stated in open court. Parties shall file their discovery plan by 5/10/12. Status hearing set for 7/11/2012 at 09:15 AM. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.